IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR14-116-LRR |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| WILLIAM B AOSSEY, JR, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Chief Judge Linda R. Reade, and a jury. The issues having been duly tried, the jury has rendered its verdict as not guilty as to Counts 16, 17, 18 and 19 of the Superseding Indictment and guilty as to Counts 1-15.

**IT IS ORDERED AND ADJUDGED**

THAT Defendant, William B. Aossey, Jr., is acquitted as to Counts 16, 17, 18 and 19 of the Superseding Indictment and guilty as to Counts 1-15 of the Superseding Indictment.

Dated: July 14, 2015

SIGNED BY:

_____
Chief Judge Linda R. Reade
U.S. District Court for the Northern District of Iowa